UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NEWTON BROWN, LLC**<br><br>Plaintiff,<br><br>-against-<br><br>**DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNEIL, SHAWN WHITEMAN, and TRAVIS DOWELL,**<br><br>Defendants. | Civil Action No. 1:25-CV-1075<br><br><br>**NOTICE OF REMOVAL** |

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
NEWTON BROWN, LLC

                                      Plaintiff(s)

     -against-

DURAMAX HOLDINGS, LLC
d/b/a OTTO ENVIRONMENTAL SYSTEMS,
BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, TRAVIS DOWELL,

                                  Defendant(s).
-------------------------------------------------------------------x

**SUMMONS**
**WITH NOTICE**
Index No:
Filed On:
Plaintiffs Designate
NEW YORK County as the
place of Trial.
The basis of the venue:
Plaintiffs Business Address
106 W 32nd Street
New York, NY 10001

**To the above named Defendants:**

    **YOU ARE HEREBY SUMMONED** to Serve a Notice of Appearance on the Plaintiffs' Attorney in this action within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in Notice set forth below:

    **NOTICE**: The Nature of the Action is a Breach of Contract, Quantum Meruit, Fraud, Unjust Enrichment, Intentional Infliction of Emotional Distress, and Specific Performance arising from the successful bid submitted to the City of New York by the parties for the manufacturing and delivery of residential refuse containers which was awarded to defendants on or about May 31, 2024.

Dated: New York, New York
       November 1, 2024

Yours, etc.,

LAW OFFICE OF ROBERT OSUNA, P.C.
Attorney for Plaintiff(s)
Office and Post Office Address
11 Park Place, Suite 1100
New York, NY 10007
Tel. No. 212. 233.1033

Defendant(s) Address(es)
12700 General Drive
Charlotte, North Carolina 28273

Index No:
SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

**NEWTON BROWN, LLC**

                                Plaintiff(s),

-against-

**DURAMAX HOLDINGS, LLC
d/b/a OTTO ENVIRONMENTAL SYSTEMS,
BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, TRAVIS DOWELL,**

                                Defendant(s).

## SUMMONS WITH NOTICE

**Law Office of Robert Osuna, P.C.**
Attorney for NEWTON BROWN, LLC
*Office and Post Office Address, Telephone*
**11 Park Place, Suite 1100
New York, New York 10007
212.233.1033**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: 11-1-24

Signature: _____

Print Signers Name: ROBERT OSUNA, ESQ.

Service of a copy of the within     is hereby admitted.
Dated,

Attorney(s) for _____

Sir:--Please take notice

___ **Notice of Entry**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on     , 20

___ **Notice of Settlement**
that an order     of which the within is a true copy will be presented for
settlement to the HON.     , one of the Judges of the
within named court at
on     20   at   M.

Dated,

Yours, etc.
**Robert Osuna, Esq.**
*Attorney for Plaintiff/Defendant*