**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEWTON BROWN, LLC** | Civil Action No. 1:25-CV-1075 |
| Plaintiff**,** | |
| -against- | |
| | **NOTICE OF REMOVAL** |
| **DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNEIL, SHAWN WHITEMAN, and TRAVIS DOWELL,** | |
| Defendants. | |

# **EXHIBIT B**

SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

655810/2024

LAW OFFICE OF ROBERT OSUNA, PC

(BKS/CFH) Date Filed:

11 Park Place, New York, NY 10007

Court Date:

---

NEWTON BROWN, LLC

Plaintiff

vs.

DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, TRAVIS DOWELL,

Defendant

---

AFFIRMATION OF SERVICE

Trina Swarray, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and
resides in the state of North Carolina.That on December 2, 2024, at 3:04 pm at 12700 General Drive,
Charlotte, NC 28273, Deponent served the within Summons with Notice , Notice of Electronic Filing, with
the index number and filing date of the action were endorsed upon the face of the papers so served herein.
On: DURAMAX HOLDINGS, LLC d/b/a/ OTTO ENVIRONMENTAL SYSTEMS (hereinafter referred to
as "subject") by leaving the following documents with Paddy Figeroua who as Employee is authorized by
appointment or by law to receive service of process for DURAMAX HOLDINGS, LLC d/b/a/ OTTO
ENVIRONMENTAL SYSTEMS.

Hispanic or Latino Female, est. age 35-44, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.1139275376,-80.9463220946
Photograph: See Exhibit 1

Total Cost: $150.00

I affirm this 4th day of December, 2024, under the penalties of perjury under the laws of New York, which
may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be
filed in an action or proceeding in a court of law.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who
is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative
reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert
that the recipient is not in the military service of New York State or of the United States as that term is defined either in the
State or Federal statutes.

Case 1:25-cv-01075-AT Document 1-2 Filed 02/06/25 Page 3 of 21

Executed in

Cabarrus County ,

NC on 12/4/2024 .

/s/ *Trina Swarray*
_____
Signature
Server Name: Trina Swarray
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Case 1:25-cv-01075-AT    Document 1-2    Filed 02/06/25    Page 4 of 21



Exhibit 1a)





SUPREME COURT OF THE STATE OF NEW YORK                                      655810/2024

LAW OFFICE OF ROBERT OSUNA, PC                                    (BKS/CFH) Date Filed:

11 Park Place, New York, NY 10007                                          Court Date:

---

NEWTON BROWN, LLC

Plaintiff

vs.

DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNFII, SHAWN WHITEMAN

Defendant

---

AFFIRMATION OF SERVICE

Trina Swarray, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of North Carolina.That on December 2, 2024, at 3:01 pm at 12700 General Drive, Charlotte, NC 28273, Deponent served the within Summons, E-filing Notice, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: SHAWN McNEIL (hereinafter referred to as "subject") by workplace substituted service by leaving the following documents at the place of business of SHAWN McNEIL with Paddy Figueroa who is the Employee and of suitable age and discretion.

Hispanic or Latino Female, est. age Unknown, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.1136780367,-80.9462733703
Photograph: See Exhibit 1

Total Cost: $150.00

I affirm this 4th day of December, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Case 1:25-cv-01075-AT   Document 1-2   Filed 02/06/25   Page 8 of 21

Executed in

Mecklenburg County ,

NC    on    12/4/2024    .

/s/ *Trina Swarray*
_____
Signature
Server Name: Trina Swarray
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Case 1:25-cv-01075-AT Document 1-2 Filed 02/06/25 Page 9 of 21



Case 1:25-cv-01075-AT    Document 1-2    Filed 02/06/25    Page 10 of 21





SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

655810/2024

LAW OFFICE OF ROBERT OSUNA, PC

(BKS/CFH) Date Filed:

11 Park Place, New York, NY 10007

Court Date:

---

NEWTON BROWN, LLC

Plaintiff

vs.

DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNEIL, SHAWN WHITEMAN, TRAVIS DOWELL,

Defendant

---

AFFIRMATION OF SERVICE

Trina Swarray, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of North Carolina.That on December 2, 2024, at 3:05 pm at 12700 General Drive, Charlotte, NC 28273, Deponent served the within Summons with Notice , Notice of Electronic Filing, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: TRAVIS DOWELL (hereinafter referred to as "subject") by workplace substituted service by leaving the following documents at the place of business of TRAVIS DOWELL with Paddy Fiegroua who is the Employee and of suitable age and discretion.


Hispanic or Latino Female, est. age 35-44, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.1139097745,-80.9463307989
Photograph: See Exhibit 1


Total Cost: $150.00

I affirm this 5th day of December, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.


☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

Mecklenburg County ,

NC on 12/5/2024 .

/s/ *Trina Swarray*

Signature
Server Name: Trina Swarray
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA







Exhibit 1c)

SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

655810/2024

LAW OFFICE OF ROBERT OSUNA, PC

(BKS/CFH) Date Filed:

11 Park Place, New York, NY 10007

Court Date:

---

NEWTON BROWN, LLC

Plaintiff

vs.

DURAMAX HOLDINGS, LLC d/b/a OTTO ENVIRONMENTAL SYSTEMS, BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, TRAVIS DOWELL,

Defendant

---

AFFIRMATION OF SERVICE

Trina Swarray, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of North Carolina.That on December 2, 2024, at 3:04 pm at 12700 General Drive, Charlotte, NC 28273, Deponent served the within Summons with Notice , Notice of Electronic Filing, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: DURAMAX HOLDINGS, LLC d/b/a/ OTTO ENVIRONMENTAL SYSTEMS (hereinafter referred to as "subject") by leaving the following documents with Paddy Figeroua who as Employee is authorized by appointment or by law to receive service of process for DURAMAX HOLDINGS, LLC d/b/a/ OTTO ENVIRONMENTAL SYSTEMS.

Hispanic or Latino Female, est. age 35-44, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.1139275376,-80.9463220946
Photograph: See Exhibit 1

Total Cost: $150.00

I affirm this 4th day of December, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

Cabarrus County                              ,

NC         on      12/4/2024              .

/s/ *Trina Swarray*

_____

Signature
Server Name: Trina Swarray
License#:

PROOF TECHNOLOGY NEW YORK ,  LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Case 1:25-cv-01075-AT   Document 1-2   Filed 02/06/25   Page 20 of 21



