UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Newton Brown, LLC

　　　　　　　　　　　　Plaintiff(s)

- v -

Duramax Holdings, LLC d/b/a Otto Environmental Systems, Brian Coll, Shawn McNeil, Shawn Whiteman, and Travis Dowell

　　　　　　　　　　　　Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:25-cv-1075
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Duramax Holdings, LLC d/b/a Otto Environmental Systems

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Duramax Solutions, LLC is the sole member of Duramax Holdings, LLC.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Duramax Solutions, LLC is a citizen of Ohio and Florida due to the citizenship of its three members, Brian Coll (Ohio), Lance Polen (Ohio), and David Niederst (Ohio and/or Florida).

2/6/25
Date

/s/ Andrew Agati
Signature of Attorney

AA3192
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022