```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEWTON BROWN, LLC,

                Plaintiff,

-against-

DURAMAX HOLDINGS, LLC d/b/a
OTTO ENVIRONMENTAL SYSTEMS,
BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

                Defendants.

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter seeking leave to file a motion to dismiss Plaintiff's second amended complaint. ECF No. 22. Accordingly:

1. Defendants' request is GRANTED;
2. By **May 30, 2025**, Defendants shall file their motion to dismiss;
3. By **June 20, 2025**, Plaintiff shall file its opposition papers; and
4. By **July 3, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                              ANALISA TORRES
                                             United States District Judge