```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/20/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEWTON BROWN, LLC,

        Plaintiff,

-against-

DURAMAX HOLDINGS, LLC d/b/a
OTTO ENVIRONMENTAL SYSTEMS,
BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

        Defendants.

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated October 14, 2025, the Court directed counsel for Defendants to file a motion to withdraw in accordance with Local Rule 1.4(b) by October 20, 2025. ECF No. 51. By that same date, the Court directed substitute counsel for Defendants to enter a notice of appearance. *Id.*

    At the request of Defendants' substitute counsel, the deadline for these submissions is ADJOURNED to **October 27, 2025**.

    SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge