UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTON BROWN, LLC,

                              Plaintiff,

          -against-

DURAMAX HOLDINGS, LLC d/b/a
OTTO ENVIRONMENTAL SYSTEMS,
BRIAN COLL, SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2026_____

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 17, 2025, the Court directed the parties to file a joint status update by January 5, 2026. ECF No. 48 at 2. Because the parties did not submit their joint status update, and because Defendants' motion to dismiss the complaint remains pending, *see* ECF No. 29, the case management conference currently scheduled for January 12, 2026, at 10:00 a.m. is ADJOURNED *sine die.*

        SO ORDERED.

Dated: January 6, 2026
       New York, New York

                              _____
                              ANALISA TORRES
                              United States District Judge