UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTON BROWN, LLC.,

                        Plaintiff,

        -against-

DURAMAX HOLDINGS, LLC d/b/a OTTO
ENVIRONMENTAL SYSTEMS, BRIAN COLL,
SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2026

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's motion to alter or amend the Court's order granting Defendants' motion to dismiss. *See* ECF No. 64. Accordingly:

1. By **May 13, 2026**, Defendants shall respond to the motion.
2. By **May 27, 2026**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: April 24, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge