UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTON BROWN, LLC.,

Plaintiff,

-against-

DURAMAX HOLDINGS, LLC d/b/a OTTO
ENVIRONMENTAL SYSTEMS, BRIAN COLL,
SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/12/2026_____

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter at ECF No. 69 and Defendant Duramax Holdings, LLC's ("Duramax") letter at ECF No. 70 regarding Duramax's placement in an involuntary bankruptcy proceeding in the Western District of North Carolina. Plaintiff's letter states: "Given the bankruptcy stay, we will hold our papers in abeyance and will keep the Court apprised of any updates in the bankruptcy proceeding." ECF No. 69. Accordingly, by **June 18, 2026**, the parties shall file a status update addressing whether Defendants consent to holding Plaintiff's pending motion to alter the judgment entered in the Court's order on Defendants' motion to dismiss, *see* ECF No. 64, in abeyance pending the bankruptcy proceedings in the Western District of North Carolina. The parties shall also address whether they seek a stay of the litigation pending the bankruptcy proceedings.

SO ORDERED.

Dated: June 12, 2026
New York, New York

ANALISA TORRES
United States District Judge