UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTON BROWN, LLC.,

                          Plaintiff,

          -against-

DURAMAX HOLDINGS, LLC d/b/a OTTO
ENVIRONMENTAL SYSTEMS, BRIAN COLL,
SHAWN McNEIL, SHAWN
WHITEMAN, and TRAVIS DOWELL,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/18/2026_

25 Civ. 1075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' status letter dated June 17, 2026, which requests that Plaintiff's motion to alter judgment, *see* ECF No. 64, be decided as to Brian Coll, Travis Dowell, Shawn Whiteman, and Shawn McNeil but stayed as to Duramax Holdings, LLC's ("Duramax") while bankruptcy proceedings against Duramax remain pending. *See* ECF No. 73. Defendants state that they consent to the stay of this action only as to Duramax. *See id.*

Defendants' letter indicates that Plaintiff requests that both the motion to alter judgment and the action be stayed against all Defendants while bankruptcy proceedings against Duramax remain pending. *See id.*

This action is STAYED as to Duramax only while it is in involuntary bankruptcy proceeding in the Western District of North Carolina. *See In re Trib. Co. Fraudulent Conv. Litig.*, 946 F.3d 66, 76 (2d Cir. 2019) ("When a bankruptcy action is filed, any 'action or proceeding against the debtor' is automatically stayed by [11 U.S.C.] Section 362(a)." (quoting *Ostano Commerzanstalt v. Telewide Sys., Inc.*, 790 F.2d 206, 207 (2d Cir. 1986) (per curiam)).

Decision on Plaintiff's motion to alter judgment is held in abeyance as to all Defendants while Duramax is in bankruptcy proceedings.

SO ORDERED.

Dated: June 18, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge